# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTWAN WILLIAMS, | ) | CASE NO. 1:05CV2829 |
| Petitioner, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| ERNIE MOORE, WARDEN, | ) | ORDER |
| Respondent. | ) | |

The Court VACATES its Order Adopting the Magistrate Judge's Report and Recommendation dismissing in part and denying in part Petitioner's Writ for Habeas Corpus (ECF Doc. No. 15).

The Court grants, without objection from the Respondent, "Petitioner's Motion For Extension of Time to File Objections to Report and Recommendation, Instanter," (ECF Doc. No. 16).

The Clerk shall reinstate this matter to the active docket.

IT IS SO ORDERED.

FILED
MAY 8 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Christopher A. Boyko
United States District Court Judge

May 8, 2007